**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** 1:01-M-107M **DATE:** August 29, 2005

**TITLE OF CASE:** USA v Jansel Richards

---

**MAGISTRATE JUDGE:** **DAVID L. MARTIN**

**COURTROOM CLERK:** **Martha Saucier**

**COURT INTERPRETER:**

**PROBATION: Barry Weiner**

---

**TIME OF HEARING:** **3:01 P.M.**

**COUNSEL PRESENT** **USA: Stephen Dambruch**

**Defendant: Robert Mann**

---

**PROCEEDINGS: Preliminary Examination and Detention Hearing**

**All counsel of record present. Defendant present. Probation present. Court informs defendant of charges. Court informs defendant of his rights. Court questions defendant. Defendant waives preliminary examination. The Court accepts the waiver. The government requests detention. The defendant waives argument. The Court orders defendant detained pending further proceedings.**