AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF Rhode Island

UNITED STATES OF AMERICA

V.

JANSEL RICHARDS

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:05-M107M

I, JANSEL RICHARDS, charged in a (complaint) (~~petition~~) pending in this District with possession with intent to distribute fifty grams or more of a mixture and substance containing a detectable amount of cocaine base. in violation of Title 21, U.S.C., §841(a)(1) & (b)(1)(A), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Jansel Richards
Defendant

AUG 29, 2005
Date

Robert B. Mann
Counsel for Defendant