IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. No. CR 05-99 ML |
| v. | : | In Violation of<br>21 U.S.C. § 846;<br>21 U.S.C. §§ 841(a)(1) |
| DENNIS MARROW and<br>JANSEL RICHARDS | : | |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From a time unknown up to and including on or about August 16, 2005, in the District of Rhode Island, the defendants, DENNIS MARROW and JANSEL RICHARDS, did knowingly, intentionally, and wilfully combine, conspire, confederate, and agree with each other to knowingly and intentionally possess with intent to distribute and to distribute fifty grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), all in violation of 21 U.S.C. § 846.

### COUNT 2

On or about August 16, 2005, in the District of Rhode Island, the defendants, DENNIS MARROW and JANSEL RICHARDS, did knowingly and intentionally possess with the intent to distribute fifty grams or more of a mixture and substance containing a

detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

**COUNT 3**

On or about August 16, 2005, in the District of Rhode Island, the defendant, JANSEL RICHARDS, did knowingly and intentionally possess with the intent to distribute five grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

STEPHEN G. DAMBRUCH
Assistant United States Attorney

MARY E. ROGERS
Assistant United States Attorney
Chief, OCDETF Unit

Dated: 9/14/05