# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF RHODE ISLAND
# CLERK'S MINUTES

**September 22, 2005**

**CR 05-99-01ML/CR 05-99-02ML**

**TITLE: USA v. DENNIS MARROW/USA v. JANSEL RICHARDS**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Government: Stephen Dambruch**

**Defendant Marrow: Steven DiLibero**
**Defendant Richards: Robert Mann**

**Probation: Heather McLoughlin**

****************************************************************************

**Arraignment**

**All counsel of record present. Defendanst present. Probation present. Court informs defendants of charges. Court enters pleas of not guilty as to all counts to both defendants. Court enters arraignment orders. Court orders detention to continue pending further proceedings**