OCT 2 . 2005

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | Case No. 05-99-02 ML |
| | ) | |
| | ) | |
| JANSEL RICHARDS | ) | |

**MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS**
**(The Government does not object to this motion)**

Now comes the defendant in the above entitled matter and moves for an extension of time, to and through November 15, 2005 in which to file his pretrial motions. At present that deadline is October 24, 2005. The seriousness of the charge and the continuing discovery process support this request.

The Government does not object to this motion.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161 (h)(1)(f), of an uncertain amount. The Defendant would suggest and agree that the period of time extend through the resolution of any pretrial motions which are filed.

There has been no previous delay related to the subject matter of this motion, which is excludable, though the defense notes that the arraignment and pretrial discovery order excluded a period of eleven days.

Granted.
Mary M. Lisi
USDJ 10/25/05

Jansel Richards
By his Attorney,

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or delivered to Stephen Dambruch at the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office on the 24 day of October, 2005.